IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CV-180-D

| | |
|---|---|
| JAMES M. BARNWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | ORDER |

Upon application of the Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of Social Security pay to plaintiff's counsel the sum of $1,770.51 in full satisfaction of any and all claims arising under the EAJA, 28 U.S.C. § 2412(d), with all checks made payable to Plaintiff. Upon payment of such sum this case is dismissed with prejudice.

SO ORDERED this _10_ day of _July_, 2009.

JAMES C. DEVER, III
Judge
United States District Court